DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814  **OK/HAV**
Telephone (916) 498-5700

Attorney for Defendant
JUAN LOZANO-IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. CR.S-06-364-DFL
            Plaintiff,       )
                             )   **STIPULATION AND ORDER**
      v.                     )   DATE: October 5, 2006
                             )   TIME: 10:00.a.m.
JUAN LOZANO-IBARRA,          )   JUDGE: Hon. David F. Levi
                             )
            Defendant.       )
                             )
_____)

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JUAN LOZANO-IBARRA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for September 28, 2006 be rescheduled for Thursday, October 5, 2006 at 10:00 a.m.

This continuance is being requested because defense counsel is conducting investigation regarding defenses to the charge.  Information has been provided to the prosecutor who must review it and determine how to resolve the case.  The parties have been in discussion regarding resolution.

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 5, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 27, 2006       Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                JUAN LOZANO-IBARRA



                                McGREGOR W. SCOTT
                                United States Attorney


DATED: September 27, 2006       /s/ Rachelle Barbour for
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

                               **O R D E R**

   **IT IS SO ORDERED.**

DATED: September 28, 2006
                                /s/ David F. Levi
                                DAVID F. LEVI
                                UNITED STATES DISTRICT JUDGE

2