FILED
October 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Juan Lozano-Ibarra, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-cr-364DFL <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Juan Lozano-Ibarra  Case 2:06-cr-364 DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __   Release on Personal Recognizance

      __   Bail Posted in the Sum of _____

      __   Appearance Bond secured by real property

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      X    (Other) defendant sentenced to 60 days imprisonment with credit for 60 days time served

Issued at  Sacramento, CA  on 10/4/06   at  2:45 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge