```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
                   IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,     )
                                  )
11              Plaintiff,        )   CR. No. S-06-0364 DFL
                                  )
12        v.                      )
                                  )   MOTION TO DISMISS INDICTMENT
13  JUAN LOZANO-IBARRA,           )   and ORDER
                                  )   DISMISSING INDICTMENT
14              Defendant.        )
    _____)
15
```

16      Pursuant to Rule 48(a) of the Federal Rules of Criminal
17 Procedure, Plaintiff, United States of America, by and through its
18 undersigned attorney, asks the Court to file an order dismissing
19 the indictment against Juan Lozano-Ibarra, filed on September 7,
20 2006, in CR. No. S-06-364 DFL.  On October 4, 2006, in the
21 courtroom of Magistrate Judge Kimberly J. Muller, the defendant
22 pleaded guilty to a superseding information charging a misdemeanor
23 violation of 8 U.S.C. § 1325(a)(1) – illegal entry by an alien.
24 The defendant waived appeal and was sentenced to sixty (60) days
25 imprisonment on the same day.
26 ///
27 ///
28 ///

1

Defendant has been referred to the Bureau of Prisons in accordance with his guilty plea.

DATED: October 10, 2006          McGREGOR W. SCOTT
                                 United States Attorney

                                 By /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


O R D E R

APPROVED AND SO ORDERED:

DATED: 10/11/2006

_____
DAVID F. LEVI
United States District Judge

2